IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN EARL SCALLY,                          No. 2:15-cv-2528-CMK-P

        Plaintiff,

   vs.                                                    ORDER

THOMAS A. FERRARA, et al.,

        Defendants.

_____/

        Plaintiff, a county jail inmate, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 17) to file an amended complaint.  Good cause appearing therefor, the request is granted.  Plaintiff shall file an amended complaint within 30 days of the date of this order.  Plaintiff is warned that failure to file an amended complaint within the time provided may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

        IT IS SO ORDERED.


 DATED:  November 10, 2016


                                     _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE